**Charles Everette HINTON,
Plaintiff—Appellant,**

v.

**Linda LOPEZ; Andrew Murray; Christian Hoel; John Doe; John Doe 2; William Robert Bell, Defendants—Appellees.**

**No. 11–6918.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 13, 2011.

Decided: Oct. 18, 2011.

Charles Everette Hinton, Appellant Pro Se.

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Everette Hinton appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hinton v. Lopez,* No. 3:11–cv–00316–RJC (W.D.N.C. July 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*